UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV-11-7287-R                           Date: JANUARY 25, 2012

Title:      FELIZABETH ESCUADRO et al -v- JPMORGAN CHASE BANK NA etc et al
===========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

             <u>William Horrell</u>                          <u>None Present</u>
            Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

            None                                     None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED that on the Court's own motion the:**

**Defendants Wells Fargo's and HSBC Bank's motions to dismiss & to strike**

**are hereby ORDERED <u>CONTINUED</u> FROM FEBRUARY 6, 2012 AT 10:00 A.M.**

**TO FEBRUARY 13, 2012 AT 10:00 A.M.  Opposition and Reply papers <u>remain due</u>**

**as originally set, pursuant to the rules, by the hearing date of February 6, 2012.**

**The continuation of the hearing <u>DOES NOT</u> move the due dates of**

**those filings.**


cc: counsel of record


MINUTES FORM 11                          Initials of Deputy Clerk ___WH____
CIVIL -- GEN