Deborah P. Gutierrez, Esq., SBN 240383
Prosper Law Group, LLP
6100 Center Drive, Suite 1050
Los Angeles, California 90045
T: (310) 893-6200
F: (310) 988-2930

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FELIZABETH ESCUADRO, as trustee for the FELIZABETH S ESCUADRO TRUST | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV11-7287 R (AGRx) |
| v. WELLS FARGO BANK, N.A. F/K/A WORLD SAVINGS BANK, ET AL. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. Without Prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 9, 2011                    /s/ Deborah P. Gutierrez
Date                                *Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)        NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

**PROOF OF SERVICE**

**Felizabeth Escuadro v. Wells Fargo Bank N.A. F/K/A World Savings Bank, et al
United States District Court Central District of California Case No. CV11-07287- R
(AGRx)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Prosper Law Group, LLP, 6100 Center Drive Suite 1050 Los Angeles, CA 90045. On February 9, 2012, I served the following document(s) by the method indicated below:

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

[ ] by transmitting via facsimile on this date the documents listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X] by placing the document(s) listed above in a sealed envelope via U.S. mail with postage thereon fully prepaid, at Los Angeles, California to the address(es) as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ] by emailing the documents(s) listed above to a Process Server or Delivery Service, and by causing personal delivery of the document(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ] by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

**(See attached service list)**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. February 9, 2012, Los Angeles, California.

Brittany Auchard

---
1
PROOF OF SERVICE

## Service List

**Felizabeth Escuadro v. Wells Fargo Bank N.A. F/K/A World Savings Bank, et al**
**United States District Court Central District of California Case No. CV11-07287- R (AGRx)**

Attorney for Defendants Wells Fargo Bank, N.A. F/K/A World Savings Bank; Wachovia Mortgage Loan Trust, A Division of Wells Fargo Bank NA and F/K/A Wachovia Mortgage, FSB

O. Andrew Wheaton
ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN, LLP
199 South Los Robles, Ave Suite 600
Pasadena, CA 91101

2
PROOF OF SERVICE